UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIO GUTIERREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | Case No.: 19cv357-LAB (LL) <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR REMAND** |

Plaintiffs filed a motion for remand (Docket no. 14), arguing that there were no grounds for this Court's exercise of jurisdiction, and seeking an award of $1,300 to cover fees and expenses incurred as a result of improper removal.

Defendants have now filed a notice of non-opposition. (Docket no. 15.) The unopposed motion is therefore **GRANTED**. The Court **AWARDS** costs and fees of $1,300 to Plaintiffs as requested, and this action is **REMANDED** to the Superior Court of California for the County of San Diego.

   **IT IS SO ORDERED**.

Dated: May 9, 2019

_____

Hon. Larry Alan Burns
Chief United States District Judge